AO 91(Rev.5/85) Criminal Complaint

# United States District Court

<u>CENTRAL</u> DISTRICT OF <u>CALIFORNIA</u>

UNITED STATES OF AMERICA
v.

SAMUEL NWABUEZE
REG#: 58739-112

**CRIMINAL COMPLAINT**

11-2779M

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>November 8th, 2011</u>, in <u>Los Angeles</u> County, in the Central District of California, defendant <u>Samuel Nwabueze</u> did escape from the custody of United States Attorney General in violation of Title <u>18</u> United States Code, Section(s) <u>751</u>. I further state that I am a(n) <u>Deputy U.S. Marshal</u> and that this complaint is based on the following facts:

   On November 8, 2011, information was received from the Federal Bureau of Prisons, Community Corrections Center, in Long Beach, California, relating that **SAMUEL NWABUEZE** had escaped from the Vinewood Re-entry Community Corrections Center, in Los Angeles, California ("Vinewood RRC"). **NWABUEZE** is described as: Black Male, born in 1985, HGT: 6'0", WGT: 200 lbs, HAIR: Black, EYES: Brown. The records I reviewed indicate that on January 10, 2011, **NWABUEZE** was sentenced to a term of 21 months for violating Title 18, United States Code, Section 1029: Access Device Fraud. <u>United States v. Nwabueze</u>, No. 10-411-MMM (C.D. Cal. Jan. 10, 2011).

   On November 6, 2011, **NWABUEZE** attempted to bribe an officer at the Vinewood RRC with money in exchange for a clean urinalysis test. **NWABUEZE** was last seen at the Vinewood RRC on November 8, 2011. Since then, **NWABUEZE** has been placed on escape status. **NWABUEZE** has not been found.

Continued on the attached sheet and made a part hereof:    ☐Yes  ☒No

Signature of Complainant
Sean LoPiccolo
Deputy U.S. Marshal

Sworn to before me and subscribed in my presence,

November 18th, 2011              at    Los Angeles, California
Date                                    City and State

ALICIA G. ROSENBERG

Name & Title of Judicial Officer         Signature of Judicial Officer

VM:ct (Warrant)